# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY V. PINSON, | : |
| Plaintiff | : |
| | : No. 1:17-CV-00584 |
| vs. | : |
| | : (Judge Rambo) |
| UNITED STATES, et al., | : |
| Defendants | : |

## ORDER

**AND NOW**, this 7th day of November, 2017, upon consideration of Plaintiff's motion pursuant to Fed.R.Civ.P. 56(d) and motion for extension of time in which to file a brief in opposition to Defendants' motion for summary judgment (Doc. No. 33), and brief in support (Doc. No. 34), Defendants' brief in opposition (Doc. No. 35), and Plaintiff's motion to appoint counsel (Doc. No. 36), brief in support (Doc. No. 37), and Plaintiff's motion for a preliminary injunction (Doc. No. 38), and brief in support (Doc. No. 39), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion pursuant to Fed.R.Civ.P. 56(d) (Doc. No. 33), is **GRANTED to the extent that** Plaintiff is afforded thirty (30) days in which to obtain an affidavit from former cellmate Timothy Beckwith and psychologist Richard Samuels;

2. Further briefing on Defendants' motion for summary judgment is **STAYED** in accordance with the deadlines prescribed by this Order below;

3. Plaintiff's unopposed motion for an extension of time in which to file a brief in opposition to Defendants' motion for summary judgment (Doc. No. 33) is **GRANTED to the extent that** Plaintiff shall file a brief in opposition to Defendants' motion for summary judgment, together with a counterstatement of facts pursuant to Local Rule 56.1 on or before Wednesday, February 7, 2018;

4. Defendants shall be permitted to file a reply brief in further support of their motion for summary judgment on or before Tuesday, February 22, 2018;

5. No further briefing on the motion for summary judgment shall be permitted without leave of Court;

**IT IS FURTHER ORDERED** that:

6. Plaintiff's motion to appoint counsel (Doc. No. 36), is **DENIED without prejudice**; and

7. Plaintiff's motion for a preliminary injunction (Doc. No. 38), is **DENIED**.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge