# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMY V. PINSON,** : | |
|     Plaintiff : | |
| : | No. 1:17-cv-00584 |
| v. : | |
| : | (Judge Rambo) |
| **UNITED STATES, et al.,** : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 26th day of February 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's second motion for discovery before summary judgment briefing (Doc. No. 42), is **DENIED as moot**;

2. Defendants' motion for summary judgment (Doc. No. 20), is **GRANTED** in favor of Defendants Federal Bureau of Prisons, United States of America, AHSA Magyar, and Dr. Stahl (formerly E. Santos); and

3. The Clerk of Court shall enter the grant of summary judgment as stated above and **CLOSE** this case.

                              s/Sylvia H. Rambo
                              SYLVIA H. RAMBO
                              United States District Judge