AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Jeremy V. Pinson                          Case No: 1:17-CV-0584
     Plaintiff

          V.                          Judge Sylvia H. Rambo

Federal Bureau of Prisons,
United States of America,
AHSA Magyar and Dr. Stahl (formerly E. Santos)
     Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, Federal Bureau of Prisons, United States of America, AHSA Magyar and Dr. Stahl (formerly E. Santos), and against the Plaintiff, Jeremy V. Pinson.

**Date:** February 26, 2018       Peter Welsh, Acting Clerk of Court


/s/ Mark J. Armbruster
      Deputy Clerk