# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY V. PINSON, : | |
| Plaintiff : | |
| : | No. 1:17-cv-00584 |
| v. : | |
| : | (Judge Rambo) |
| UNITED STATES, et al., : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 13th day of August, 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's motion for reconsideration (Doc. No. 58), is **DENIED**.

                                                           s/Sylvia H. Rambo
                                                           SYLVIA H. RAMBO
                                                           United States District Judge